STATE OF NEW YORK    )
                                         SS.:
COUNTY OF NEW YORK  )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 17th day of August, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Peter Charles, Inc.
         182 Forest Avenue
         Belleville, NJ 07109

_____
IAN K. HENDERSON

Sworn to before me this
17th day of August, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20__