## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV7323                                                                  Purchased/Filed: August 16, 2007
STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF

---

*The New York City District Council of Carpenters Pension Fund, et al*           Plaintiff

against

*Peter Charles, Inc.*                                                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY         SS.:

_____Lewis Sperber_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 24, 2007_____ , at __2:00pm__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint and Judge's Rules on

_____Peter Charles, Inc._____ , the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __307 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__    Approx. Wt: __160__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

__28th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0707082

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**