| | | |
|---|---|---|
| BRIAN O'DWYER<br>GARY SILVERMAN<br>CHRISTOPHER DOWNES*<br>VICTOR GRECO<br>CODY K M'CONE<br>GARY P. ROTHMAN*<br><br>STEVEN ARIPOTCH<br>J. P. DELANEY<br>DAVID H. SCHULTZ**<br>RAÚL GARCÍA<br>ROBERT DUNNE<br>JASON S. FUIMAN^<br>M. GLADYS T. ORANGA<br>ANDREW R. GRABOIS<br>NICHOLAS S. HANLON<br>HELEN WROBEL | **O'DWYER & BERNSTIEN, LLP**<br>ATTORNEYS AT LAW<br>PAUL O'DWYER WAY<br>52 DUANE STREET<br>NEW YORK, N.Y. 10007<br>(212) 571-7100<br>(516) 248-4224<br>FAX (212) 571-7124<br><br> | PAUL O'DWYER (1907-1998)<br>OSCAR BERNSTIEN (1885-1974)<br>FRANK DURKAN (1930-2006)<br><br>OF COUNSEL:<br>THOMAS J. HUGHES, JR.<br>ANNE M. PAXTON<br>MICHAEL CARROLL<br>CRAIG R. NUSSBAUM**<br><br>* ALSO ADMITTED IN NJ<br>** ALSO ADMITTED IN CT<br>^ ALSO ADMITTED IN PA & NJ<br><br>WRITER'S DIRECT DIAL |

# MEMO ENDORSED

October 10, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

<u>By Fax: 212-805-7949</u>
Honorable P. Kevin Castel
United States District Court
500 Pearl Street, Room 2260
New York, New York 10007

Re:   New York City District Council of Carpenters Pension Fund, et al. v.
      Peter Charles, Inc.
      <u>07 CV 7323 (PKC)</u>

Dear Judge Castel:

We represent plaintiffs in the above referenced matter. I am writing to request an adjournment of the initial pre-trial conference scheduled for Friday, October 12, 2007. Defendant has not interposed an answer. Plaintiffs are preparing to file a Motion to Confirm the Arbitration Award by October 19, 2007. No previous requests for an adjournment have been made.

Thank you in advance for your assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

*[Handwritten endorsement:]* Conference adjourned from October 12 to November 16, 2007 at 9:15 a.m. SO ORDERED USDJ 10/10/07