UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          07 CV 7323 (PKC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY           ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

            Plaintiffs,
  -against-

PETER CHARLES, INC.,

            Defendant.
------------------------------------------------------------------X
C O U N S E L :

  PLEASE TAKE NOTICE, that upon the declaration of Andrew GraBois, Esq. sworn to on October 18, 2007, the stipulated facts and exhibits annexed thereto, and the memorandum of law dated October 18, 2007, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable P. Kevin Castel, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 12-C, New York, New York 10007, on November 16, 2007 at 9:15 a.m., for an Order granting plaintiffs' motion to confirm an arbitration award, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
   October 18, 2007

Yours, etc.,

O'DWYER & BERNSTIEN, LLP

By: _____
ANDREW GRABOIS, ESQ.
Attorney for Plaintiffs
52 Duane Street, 5th Floor
New York, New York 10007
(212) 571-7100


TO: Peter Charles, Inc.
182 Forest Avenue
Belleville, NJ 07109