# Robert Herzog, Esq.

———————————————— *Arbitrator* ————————————————

P.O. Box 25
Hillsdale, New Jersey 07642
(201) 930-1231

April 20, 2007

Peter Charles Inc.
Attn: Mr. Joseph Corbo, President
182 Forest Avenue
Belleville, New Jersey 07109

Re: Employer: Peter Charles Inc.

Union: District Council of New York and Vicinity of the United Brotherhood of Carpenters and Joiners of America

Funds: New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, New York City District Council of Carpenters Charity Fund, United Brotherhood of Carpenters and Joiners of America Fund and New York City and Vicinity Joint Labor Management Cooperation Trust Fund, by Michael J. Forde and Paul O'Brien, as Trustees

Issue: Peter Charles Inc. Audit of Books and Records

**Hearing Date: May 16, 2007        Hearing Time: 9:55 A.M.**

In accordance with the terms of the existing collective bargaining agreement between the Employer and the Union, an arbitration hearing will be held on the date and time indicated concerning the claim that Peter Charles Inc. has failed to permit the Funds to conduct an audit of its books and records as required by the agreement. The arbitration hearing will be held in the **Conference Room, District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, 395 Hudson Street, New York, New York.**

Your presence at the hearing at the time and date indicated is required and you should be fully ready to proceed. Please bring to the hearing the collective bargaining agreement and any records you deem pertinent.

Very truly yours,

Robert Herzog
Arbitrator

cc: Steven Kasarda., Esq.
    Attorney for the New York District Council of Carpenters Benefit Funds