STATE OF NEW YORK      )
                                                    SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being sworn, says:  I am not a party to the action, am over

18 years of age and reside in Queens, New York.  On the 18th day of October, 2007, I

served plaintiffs' **NOTICE OF MOTION AND SUPPORTING DOCUMENTATION,**

**DECLARATION OF ANDREW GRABOIS, ESQ., AND MEMORANDUM OF LAW** to the

following party by depositing a true copy thereof in a post-paid wrapper, registered mail

with return receipt requested, in an official depository under the exclusive care and

custody of the United States Postal Service within New York State, addressed to the

following persons at the last known address set forth after each name below:


TO:    Peter Charles, Inc.
        182 Forest Avenue
        Belleville, NJ 07109


                                                            _____
                                                            IAN K. HENDERSON


Sworn to before me this
18th day of October, 2007


_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011