```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

                Petitioner,

                -against-

PETER CHARLES, INC.,

                Respondent.
-----------------------------------------------------------X

07 CIVIL 7323 (PKC)

**JUDGMENT**

#08,0509

      Petitioner having moved to confirm arbitration, and the matter having been brought before the Honorable P. Kevin Castel, United States District Judge, and the Court, on March 14, 2008, having issued its Order granting the petition to confirm arbitration directing that the respondent permit and facilitate the Funds conducting an audit of its books and records for the period of August 2, 2004 through to date to determine whether it is in compliance with its obligation to contribute to the Funds, and awarding petitioner a total sum of $4,041.50, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2008, the petition to confirm arbitration directing that the respondent permit and facilitate the Funds conducting an audit of its books and records for the period of August 2, 2004 through to date to determine whether it is in compliance with its obligation to contribute to the Funds is granted, and petitioner is awarded a total sum of $4,041.50.

**Dated:** New York, New York
         March 31, 2008

                                          J. MICHAEL MCMAHON
                                              **Clerk of Court**
                        BY:

                                                **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____